1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DELBRICK DION JACKSON,                      No. 2:25-cv-00610-DAD-SCR (PS)

12              Plaintiff,

13         v.                                     ORDER ADOPTING FINDINGS AND
                                                  RECOMMENDATIONS AND GRANTING
14    COSTCO WHOLESALE                            DEFENDANTS' MOTION TO DISMISS
      CORPORATION, et al.,                        WITH LEAVE TO AMEND
15
                Defendants.                       (Doc. Nos. 11, 24)
16

17

18         Plaintiff Delbrick Dion Jackson, proceeding *pro se*, initiated this civil action by filing his

19    complaint in the San Joaquin County Superior Court on November 22, 2024.  (Doc. No. 1-1.)  On

20    February 20, 2025, defendant removed the action to this federal court based upon diversity

21    jurisdiction under 28 U.S.C. § 1332(a)(1).  The matter was referred to a United States Magistrate

22    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

23         On September 10, 2025, the assigned magistrate judge issued findings and

24    recommendations recommending that defendants' motion to dismiss the complaint due to

25    plaintiff's failure to state a cognizable claim be granted.  (Doc. No. 24.)  Specifically, the

26    magistrate judge concluded that plaintiff's complaint failed to set forth sufficient factual

27    allegations to support cognizable claims of harassment, discrimination, retaliation, failure to

28    accommodate, or wrongful termination against defendant Costco or any of the individually named

                                                  1

defendants.  (*Id.* at 7–13.)  Nonetheless, the magistrate judge recommended that out of an abundance of caution, plaintiff should be granted leave to amend only as to his claims asserted against defendant Costco, but that leave to amend as to his claims against any individual defendants would be futile and should therefore be denied.  (*Id.* at 13–14.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 14.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.   The findings and recommendations issued on September 10, 2025 (Doc. No. 24), are adopted in full;

2.   Defendants' motion to dismiss (Doc. No. 11) is granted without leave to amend as to any individuals named as defendants;

3.   Plaintiff is granted leave to file an amended complaint only as to claims brought against defendant Costco in order to attempt to cure the pleading deficiencies noted in the findings and recommendations;

4.   If plaintiff wishes to pursue this action against defendant Costco he shall file his first amended complaint within twenty-one (21) days of the date of this order and is forewarned that any failure on his part to do so will result in the dismissal of this action for lack of prosecution and failure to obey a court order; and

5.   This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **September 30, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2