1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DELBRICK DION JACKSON,                    No. 2:25-cv-00610-DAD-SCR (PS)

12              Plaintiff,

13        v.                                    AMENDED ORDER ADOPTING FINDINGS
                                                AND RECOMMENDATIONS AND
14    COSTCO WHOLESALE                          GRANTING DEFENDANTS' MOTION TO
      CORPORATION, et al.,                      DISMISS WITH LEAVE TO AMEND
15
                Defendants.                     (Doc. Nos. 11, 24)
16

17

18          Plaintiff Delbrick Dion Jackson, proceeding *pro se*, initiated this civil action by filing his

19    complaint in the San Joaquin County Superior Court on November 22, 2024.  (Doc. No. 1 at 17.)

20    On February 20, 2025, defendant Costco Wholesale Corporation ("defendant Costco") removed

21    the action to this federal court based upon diversity jurisdiction under 28 U.S.C. § 1332(a)(1).

22    The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B)

23    and Local Rule 302.

24          On September 10, 2025, the assigned magistrate judge issued findings and

25    recommendations recommending that defendants' motion to dismiss the complaint due to

26    plaintiff's failure to state a cognizable claim be granted.  (Doc. No. 24.)  Specifically, the

27    magistrate judge concluded that plaintiff's complaint failed to set forth sufficient factual

28    allegations to support cognizable claims of harassment, discrimination, retaliation, failure to

                                                    1

1   accommodate, or wrongful termination against defendant Costco or any of the individually named

2   defendants. (*Id.* at 7–13.) Nonetheless, the magistrate judge recommended that, out of an

3   abundance of caution, plaintiff should be granted leave to amend only as to his claims asserted

4   against defendant Costco, but that leave to amend as to his claims against any individual

5   defendants would be futile and should therefore be denied. (*Id.* at 13–14.)

6        The pending findings and recommendations were served on the parties and contained

7   notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at

8   14.) Earlier today, September 30, 2025, the court issued an order adopting the pending findings

9   and recommendations and granting defendants' motion to dismiss with leave to amend granted as

10  to plaintiff's claims against defendant Costco. Therein, the court noted that "no objections to the

11  findings and recommendations have been filed, and the time in which to do so has now passed"

12  which was an accurate statement at the time that order was issued. However, after the issuance of

13  that order, plaintiff's belated objections—which were received by the court on September 29,

14  2025—were entered on the docket in this case at 11:50 AM on September 30, 2025. (Doc. No.

15  25.) The undersigned has now reviewed plaintiff's objections. Therein, plaintiff simply requests

16  that the undersigned conduct a *de novo* review of the pending findings and recommendation and

17  appears to contend that they are clearly erroneous or contrary to law under the pleading standards

18  applicable to plaintiff's claims. (*Id.* at 2.) The undersigned has conducted a *de novo* review, but

19  disagrees with plaintiff's suggestion that the allegations of his complaint are sufficient. In short,

20  nothing in plaintiff's objections calls into question the analysis set forth in the findings and

21  recommendations or provides a basis for their rejection.

22       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

23  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

24  findings and recommendations are supported by the record and by proper analysis.

25       Accordingly:

26       1.   The findings and recommendations issued on September 10, 2025 (Doc. No. 24),

27            are ADOPTED in full;

28  /////

2.    Defendants' motion to dismiss (Doc. No. 11) is GRANTED without leave to amend as to any individuals named as defendants and is granted with leave to amend as to defendant Costco;

3.    Plaintiff is granted leave to file an amended complaint only as to claims brought against defendant Costco in order to attempt to cure the pleading deficiencies noted in the findings and recommendations;

4.    If plaintiff wishes to pursue this action against defendant Costco he shall file his first amended complaint within twenty-one (21) days of the date of this order and is forewarned that any failure on his part to do so will result in the dismissal of this action for lack of prosecution and failure to obey a court order; and

5.    This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    **September 30, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE