UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBRICK DIXON JACKSON,<br>Plaintiff,<br>v.<br>COSTCO WHOLESALE CORPORATION INC., et al.,<br>Defendants. | No. 2:25-cv-00610-DAD-SCR (PS)<br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO DISMISS WITHOUT FURTHER LEAVE TO AMEND</u><br>(Doc. No. 29, 33) |

Plaintiff Delbrick Dixon Jackson is proceeding *pro se* in the above-captioned civil action removed to this court based upon diversity jurisdiction. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 10, 2026, the assigned magistrate judge issued findings and recommendations, recommending that defendants' motion to dismiss (Doc. No. 29) plaintiff's first amended complaint be granted and that this action be dismissed without further leave to amend. (Doc. No. 33.) Specifically, the magistrate judge concluded that plaintiff's first amended complaint failed to comply with Rules 8 and 10 of the Federal Rules of Civil Procedure, contained no delineated claims or causes of action, contained no clear demand for relief, failed to put defendants on notice of the claims being brought against them and, as to any claims brought under Title VII, the ADA or FEHA, failed to allege that plaintiff had exhausted his administrative remedies as required.

(*Id.* at 4–6.) Finally, the magistrate judge found that because the court had already provided plaintiff guidance as to the pleading requirements in dismissing his amended complaint that it was now apparent that the granting of further leave to amend would be futile. (*Id.* at 6.)

The findings and recommendations were served on all parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.*) To date, no objections to the findings and recommendations have been filed and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 10, 2026 (Doc. No. 33) are adopted in full;
2. Defendants' motion to dismiss (Doc. No. 29) is granted and plaintiff's first amended complaint is dismissed without further leave to amend; and
3. The Clerk of the Court is directed to enter judgment in favor of defendants and to close this case.

IT IS SO ORDERED.

Dated: **September 3, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE